UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Zakariya Hussien Ali, | Case No. 17-cv-0184 (WMW/KMM) |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| Ramsey County Jail, | |
| Respondent. | |

This matter is before the Court on the March 8, 2017 Report and Recommendation of United States Magistrate Judge Katherine M. Menendez. (Dkt. 8.) Because no objections have been filed, this Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The March 8, 2017 Report and Recommendation, (Dkt. 8), is **ADOPTED**;

2. Petitioner Zakariya Hussien Ali's petition under 28 U.S.C. § 2241 for a writ of habeas corpus, (Dkt. 1), is **DENIED AS MOOT**;

3. Petitioner Zakariya Hussien Ali's application to proceed in forma pauperis, (Dkt. 2), is **DENIED AS MOOT**; and

4. This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 11, 2017                                s/Wilhelmina M. Wright
                                                     Wilhelmina M. Wright
                                                     United States District Judge